1  Erik R. Puknys (SBN 190916)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, LLP
   3300 Hillview Avenue
3  Palo Alto, California 94304
   Telephone:   (650) 849-6600
4  Facsimile:   (650) 849-6666

5  Attorneys for Defendant
   Tennis Properties Limited d/b/a ATP Media
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                           SAN JOSE DIVISION
10

11
   JOHN YANDELL, LLC                         CASE NO. 5:15-cv-01194 RMW (NMC)
12
                  Plaintiff,                 **STIPULATION AND
13                                           ORDER TO EXTEND TIME TO
                  v.                         ANSWER OR OTHERWISE RESPOND
14                                           TO COMPLAINT**

15 TENNIS PROPERTIES LIMITED d/b/a ATP
   MEDIA, and DOES 1 through 100,
16
                  Defendants.

1  Pursuant to Civil Local Rule 6-1(a), Plaintiff John Yandell, LLC ("Yandell") and Defendant
2 Tennis Properties Limited d/b/a ATP Media ("Tennis Properties"), by and through their respective
3 counsel, respectfully submit the following Stipulation:
4  WHEREAS, on March 12, 2015, Yandell filed its Complaint in this action;
5  WHEREAS, on May 12, 2015, Tennis Properties executed a waiver of the service of
6 summons that was served on April 29, 2014;
7  WHEREAS, the Parties are in productive settlement discussions and have reached an
8 agreement in principle that will resolve this litigation;
9  WHEREAS, the Parties believe that they can finalize their agreement in the coming weeks
10 and further believe that an extension of the time for Tennis Properties to answer or otherwise
11 respond to the Complaint will facilitate settlement and avoid unnecessarily burdening the Parties and
12 the Court;
13  WHEREAS, both Parties have agreed to extend the time for Tennis Properties to respond to
14 Yandell's Complaint up to and including August 27, 2015;
15  WHEREAS, Yandell agrees that this stipulation does not constitute a waiver of any challenge
16 or objection to jurisdiction or venue in this Court that Tennis Properties may raise;
17
18  NOW, THEREFORE, the Parties stipulate to the following:
19  Tennis Properties shall have up to and including August 27, 2015, to answer or otherwise
20 respond to Yandell's Complaint.
21  STIPULATED AND AGREED:
22
23 Dated: July 24, 2015                FINNEGAN, HENDERSON, FARABOW,
                                            GARRETT & DUNNER, LLP
24
25
26                                     By:    */s/ Erik R. Puknys*
                                            Erik R. Puknys
27                                          Attorneys for Defendant
                                            Tennis Properties Limited d/b/a ATP Media
28

Dated: July 24, 2015            HARVEY SISKIND LLP

By:   */s/ Naomi Jane Gray*
       Naomi Jane Gray
       Attorneys for Plaintiff
       John Yandell, LLC

**FILER'S ATTESTATION PURSUANT TO L.R. 5-1(i)(3)**

I, Erik R. Puknys, attest that concurrence in the filing of this Stipulation and [Proposed] Order to Answer or Otherwise Respond to Complaint has been obtained from each of the other Signatories hereto.

Executed this 24th day of July 2015, at Palo Alto, California.

By:   */s/ Erik R. Puknys*
       Erik R. Puknys

**[] ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefore;

IT IS SO ORDERED.

Dated: _____, 2015

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge